W. L. Abbott, Plaintiff in Error, v. Annie E. Bailey, for the use of Thomas W. Fielding, Defendant in Error.

Filed May 10, 1916.

Writ of Error to Circuit Court, Alachua County; James T. Wills, Judge.

Judgment affirmed.

*Williams & Hardee,* for Plaintiff in Error;

*W. S. Broome,* for Defendant in Error.

---

William M. Thomas, Plaintiff in Error, v. W. W. Hampton, Defendant in Error.

Filed May 10, 1916.

Writ of Error to Circuit Court, Alachua County; James T. Wills, Judge.

Judgment affirmed.

*Robert E. Davis,* for Plaintiff in Error;

*W. S. Broome,* for Defendant in Error.